UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL R. BRESSLER; ASHMANIE BRESSLER,<br><br>                    Petitioners,<br><br>           -against-<br><br>CHAD WOLF, Secretary of the Department of Homeland Security; TIM HOUGHTON, Acting Director, New York District Office, United States Citizenship and Immigration Services,<br><br>                    Respondents. | 20-CV-4665 (CM)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

COLLEEN McMAHON, Chief United States District Judge:

Petitioners bring this petition for a writ of mandamus *pro se*. To proceed with a civil action in this Court, Petitioners must either pay $400.00 in fees – a $350.00 filing fee plus a $50.00 administrative fee – or, to request authorization to proceed without prepayment of fees, each submit a signed *in forma pauperis* (IFP) application. *See* 28 U.S.C. §§ 1914, 1915.

Petitioners submitted the petition without the filing fees or IFP applications. Within thirty days of the date of this order, Petitioners must either pay the $400.00 in fees or each submit the attached IFP application. The IFP applications should be labeled with docket number 20-CV-4665 (CM). If the Court grants the IFP applications, Petitioners will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

The Clerk of Court is directed to mail a copy of this order to Petitioners and note service on the docket. No summons shall issue at this time. If Petitioners comply with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If either petitioner fails to comply with this order within the time allowed, that petitioner will be dismissed as a party from this action.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 8, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge